# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GABRIELA MEGUERDICHIAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0341

_____

April 1, 2026

Appeal from the County Court for Sarasota County; Maryann Olson Uzabel, Judge.

Jacob Grollman of Grollman Law, P.A., Bradenton, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.